THE PEOPLE OF THE STATE OF NEW YORK ex rel. CHARLES D. BLATCHFORD, Appellant, *v.* WILLIAM McADOO, as Police Commissioner of the City of New York, et al., Respondents.

*People ex rel. Blatchford v. McAdoo,* 101 App. Div. 183, affirmed.
(Argued April 10, 1905; decided April 25, 1905.)

APPEAL from an order of the Appellate Division of the Supreme Court in the second judicial department, entered January 11, 1905, which reversed an order of Special Term granting a motion for a peremptory writ of mandamus to compel the reinstatement of relator in the position of prop-

erty clerk in the police department of the city of New York.

*Charles S. Aronstam* for appellant.

*John J. Delany, Corporation Counsel* (*Theodore Connoly* and *William B. Crowell* of counsel), for respondents.

Order affirmed, with costs; no opinion.
Concur: O'BRIEN, BARTLETT, VANN and WERNER, JJ. Dissenting: CULLEN, Ch. J., and HAIGHT, J. Absent: GRAY, J.